**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

                   Plaintiff,

   v.

CHRISTOPHER W. McGOWEN, (01),
  a/k/a "Mac,"
[DOB: 10/26/1983]

ARTHUR L. REYNOLDS, III, (02),
  a/k/a "Straight Edge,"
[DOB: 12/05/1976]

JEREMIAH Z. HAHN, (03),
  a/k/a "Pass Out,"
[DOB: 03/05/1983]

CHARLES E. SMITH, Jr., (04),
  a/k/a "Crash,"
[DOB: 02/17/1986]

JOHN TRAVIS FISHER, (05),
  a/k/a "T-Bone,"
[DOB: 11/15/1973]

ROBERT W. MILLER, (06),
  a/k/a "Flipper,"
[DOB: 08/03/1978]

JAMES W. PRETTYMAN, (07),
  a/k/a "Rugby,"
[DOB: 03/08/1982]

MONTY L. MITCHELL, (08),
  a/k/a "Smoke,"
[DOB: 04/04/1966]

MARK A. COTTMAN, (09),
  a/k/a "One Shot,"
[DOB: 03/07/1975]

JOHN J. HAHN, (10),
  a/k/a "Krazy Legs,"
[DOB: 07/06/1978]

Case No.   4:24-00177-01/18-CR-W-DGK

**<u>COUNT ONE and THREE</u>:**
*(Assault with a Dangerous Weapon in Aid of Racketeering)*
18 U.S.C. §§ 1959(a)(3) and 2
NMT: 20 Years' Imprisonment
NMT: $250,000 Fine
NMT: 3 Years' Supervised Release
Class C Felony

**<u>COUNT TWO</u>:**
*(Attempt to Commit Assault with a Dangerous Weapon in Aid of Racketeering)*
18 U.S.C. §§ 1959(a)(6) and 2
NMT: 3 Years' Imprisonment
NMT: $250,000 Fine
NMT: 1 Year Supervised Release
Class E Felony

**<u>COUNT FOUR</u>:**
*(Discharge of a Firearm During and in Relation to a Crime of Violence)*
18 U.S.C. §§ 924(c)(1)(A)(iii) and 2
NLT: 10 Years' Imprisonment
NMT: Life Imprisonment
NMT: $250,000 Fine
NMT: 5 Years' Supervised Release
Class A Felony

**<u>COUNT FIVE</u>:**
*(Assault Resulting in Serious Bodily Injury in Aid Racketeering)*
18 U.S.C. §§ 1959(a)(3) and 2
NMT: 20 Years' Imprisonment
NMT: $250,000 Fine
NMT: 3 Years' Supervised Release
Class C Felony

<u>Plus</u> a $100 Special Assessment per Felony Count

GRAHAM S. GATTIS, (11),
 a/k/a "Dro,"
[DOB: 05/20/1984]

ERIC M. FORSYTH, Jr., (12),
 a/k/a "EZ,"
[DOB: 06/06/1990]

BRYAN S. FLETCHER, (13),
 a/k/a "Fletch,"
[DOB: 05/28/1976]

JEFFREY S. HANNAH, (14),
 a/k/a "Got-It,"
[DOB: 05/02/1982]

BRANDON S. HODGE, (15),
 a/k/a "Youngblood,"
[DOB: 04/25/1999]

ALAN M. THORNTON, (16),
 a/k/a "Bones,"
[DOB: 06/09/1984]

JARRID A. HAMMER, (17),
 a/k/a "Hammer",
[DOB: 07/23/1979]

and

MARK A CRUMP, (18),
 a/k/a "Navajo,"
[08/10/1970]

                                        Defendants.

2

Defendant Charged Counts Summary:
(01) **McGowen:** 1, 2, 3 & 4
(02) **Reynolds:** 3 & 4
(03) **Jeremiah Z. Hahn:** 1 & 2
(04) **Smith:** 2, 3 & 4
(05) **Fisher:** 2
(06) **Miller:** 2, 3 & 4
(07) **Prettyman:** 2, 3 & 4
(08) **Mitchell:** 2, 3 & 4
(09) **Cottman:** 3, 4 & 5
(10) **John J. Hahn:** 3 & 4
(11) **Gattis:** 3 & 4
(12) **Forsyth:** 3 & 4
(13) **Fletcher:** 3 & 4
(14) **Hannah:** 3 & 4
(15) **Hodge:** 3 & 4
(16) **Thornton:** 2
(17**) Hammer:** 5
(18) **Crump:** 5

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

At all times relevant to this Indictment:

## GENERAL ALLEGATIONS

### The Pagan's Enterprise

1.      At all times relevant to this Indictment, in the Western District of Missouri, and elsewhere, the defendants CHRISTOPHER W. McGOWEN, a/k/a "Mac," ARTHUR L. REYNOLDS, III, a/k/a "Straight Edge," JEREMIAH Z. HAHN, a/k/a "Pass Out," CHARLES E. SMITH, Jr., a/k/a "Crash," JOHN TRAVIS FISHER, a/k/a "T-Bone," ROBERT W. MILLER, a/k/a "Flipper," JAMES W. PRETTYMAN, a/k/a "Rugby," MONTY L. MITCHELL, a/k/a "Smoke," MARK A. COTTMAN, a/k/a "One Shot," JOHN J. HAHN, a/k/a "Krazy Legs," GRAHAM S. GATTIS, a/k/a "Dro," ERIC M. FORSYTH, Jr., a/k/a "EZ," BRYAN S. FLETCHER, a/k/a "Fletch," JEFFREY S. HANNAH, a/k/a "Got-It," BRANDON S. HODGE, a/k/a "Youngblood," ALAN M. THORNTON, a/k/a "Bones," JARRID A. HAMMER, a/k/a

3

"Hammer," and MARK A. CRUMP, a/k/a "Navajo," were members and associates of the violent Pagan's Outlaw Motorcycle Gang (OMG), also known as the "Pagan's" or "16's".

2.     The Pagan's was a violent criminal organization whose members and associates engage in criminal activities such as drug trafficking, robbery, extortion, assault, and attempted murder in the Western District of Missouri and elsewhere.  The Pagan's is an organization that maintains established membership chapters in numerous U.S. States and territories, including multiple active chapters in Missouri.

3.     At all times relevant to this Indictment, the Pagan's, including its leaders, members, and associates, constituted an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

### Structure of the Pagan's Enterprise

4.     The Pagan's were a national organization with chapters on the East Coast, Southeast, Midwest, Southwest, West Coast, and Puerto Rico.  The Pagan's are overseen by a "Mother Chapter".  Different states and regions have a "Mother Club" member, also known as a "13," that oversees the chapters in that area.  The Pagan's and their associates have engaged in numerous types of violent crimes to obtain and maintain control over other motorcycle clubs and gangs all over the United States.  The Pagan's are territorial and protect their territory from rival Outlaw Motorcycle Gangs through violence and intimidation.  The primary rivals to the Pagan's in Missouri include the Hells Angels, Outlaws, El Forastero, Galloping Goose, Sons of Silence, and the Bandidos.  When rival motorcycle clubs or gangs were in areas that the Pagan's believed to be under their control, the Pagan's would threaten and intimidate members and associates of rival clubs with violence if they do not become a support club for the Pagan's.  The Pagan's tried

4

to eliminate other motorcycle gangs completely from their territory by assaulting, robbing, extorting and sometimes attempting to murder them.

5.    Within the Midwest, the Pagan's have a strong presence with active chapters in both Missouri and Kansas. The Pagan's primarily recruit members and associates who are predominantly former members of other Outlaw Motorcycle Gangs. A Pagan's chapter typically consists of 5 to 20 members and operates in a specific geographic location. Each chapter is run by a Chapter President, known as a "Diamondback". Members and associates of the chapter take their orders from the "Diamondback" or other appointed leaders. The "Diamondback" reports to the "President of Presidents" for an area, or "POP," and the "POP" reports to the Mother Club member over a particular area, also known as the "13". The leaders of the respective chapters in a particular area communicate with one another on a "Diamond Chat," usually on Signal or Telegram, to manage Pagan's operations for the respective chapters in that area. Pagan's members also attend state parties and national events. Chapter officers also include Vice Presidents, Sergeant at Arms, Treasurers, regular members, and prospects.

6.    Individuals who are attempting to join the Pagan's are called "prospects". Prospects must be sponsored by a Pagan's member that they will sometimes refer to as their "Dad". Prospects for the Pagan's are expected to be present at events and engage in violence against rival Outlaw Motorcycle Gangs if a situation arises. Prospects undergo a background check that is conducted either by the "Diamondback" or the "Secretary," to ensure that the prospect is not a member of law enforcement or a person whose background would be detrimental to the Pagan's enterprise.

7.    Pagan's members must attend local chapter meetings known as "cards". A member is expected to pay dues to the local chapter and also to contribute money to fund the national gathering. The money paid is used to fund the Pagan's activities at both the chapter level and the national level. During these meetings, rival motorcycle gangs operating in the area are discussed, and decisions are made about how to interact with the rivals.

5

8.  To promote their identity, Pagan's members wear "cuts" which are sometimes referred to as "rags" (biker vest, typically denim) displaying the Pagan's "patches" and other insignia. Pagan's associates wear t-shirts and other clothing with "16's" printed on it; the 16th letter of the alphabet being "P" for Pagan's. Pagan's members are also awarded patches for committing acts of violence. A "TCB" (Taking Care of Business) patch can be awarded for committing an act of violence against a rival motorcycle gang member, is approved by the national President, and is typically awarded to a member by a member of the "Mother Club" for that area. In the Midwest, Pagan's members can also earn a "Berserker" side rocker for committing an act of violence. A rocker is a bottom badge placed under the main emblem on jackets to denote special status of the wearer. A rocker is approved and awarded by the Diamondback for the chapter.

9.  To protect the power, reputation, and territory of the Pagan's enterprise, members and associates of the Pagan's are required to commit acts of violence, threats of violence, and acts of intimidation. These acts of violence often include assault, often with deadly weapons including firearms and axe handles. Pagan's members and associates maintain and enhance their status in the Pagan's enterprise by participating in such violent acts.

10. The Pagan's also work with and often incorporate "support clubs" to enforce territory and engage in violence against rival Outlaw Motorcycle Gangs. Members of these support clubs usually use their position to earn fully-patched membership in the Pagan's. In Missouri, the primary support club for the Pagan's was the LosValerosos. The Pagan's also are allied with other Outlaw Motorcycle Gangs that share the same enemies. Members of the Pagan's in Missouri and Kansas wear a "29" patch to show brotherhood with the Mongols Outlaw Motorcycle Gang, because the sixteenth letter of the alphabet is "P" and the chronologically thirteenth letter of the alphabet is "M," added together making "29".

11. Pagan's prospects are indoctrinated into Pagan's rules to include "The Pagan Law," "Rite of the Pagan Warrior Initiation," "Prospective Member Bi Laws," and the "Pagan's

6

Motorcycle Club Constitution" which are strictly enforced. The rules are written, and prospects are required to know the background and history of the Pagan's Motorcycle Gang.

## Purposes of the Pagan's Enterprise

12. The purposes of the Pagan's enterprise included, but were not limited to, the following:

a. Preserving and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, threats of violence, and acts of violence, including assaults;

b. Establishing, supporting, and promoting illegal activity through a hierarchy and organizational structure designed to reward violent and illegal behavior committed on behalf of the enterprise ;

c. Keeping victims, potential victims, community members, and rival Outlaw Motorcycle Gang ("OMG") members in fear of the enterprise through acts of violence and threats of violence;

d. Providing financial support and information to Pagan's members and associates, including those incarcerated;

e. Providing assistance to members and associates who committed crimes on behalf of the enterprise ; and

f. Hindering, obstructing, and preventing law enforcement officers from identifying participants in the enterprise's criminal activity, from apprehending the perpetrators of those crimes, and from successfully prosecuting and punishing the offenders.

## Methods and Means of the Pagan's Enterprise

13. Among the methods and means by which Defendants, and other members and associates of the Pagan's enterprise, conducted and participated in the conduct of the affairs of the enterprise included, but were not limited to, the following:

7

a.      The Pagan's members and associates used intimidation, threats of violence, and violence, including assault, to preserve, expand, and protect the Pagan's territory and activities, to promote and enhance its prestige, reputation, and position in the community, and to discipline the Pagan's members and associates who had been disloyal or had violated the Pagan's rules;

b.      The Pagan's members and associates attended meetings to discuss, among other things: the structure and organization of the Pagan's; past criminal acts committed against rival gang members and others, and past criminal acts committed against the Pagan's by other rival gangs; disciplining the Pagan's members and associates who had violated the Pagan's rules; the identities of individuals suspected of cooperating with law enforcement, and proposed actions to be taken against them; plans regarding the commission of future crimes, as well as ways to conceal said crimes; and to vote or elect new leaders in the Pagan's hierarchy; and

c.      The Pagan's members and associates distributed awards for criminal and often violent conduct in the form of "patches' to be worn on members "cuts," the vests worn by members of the Pagan's motorcycle gang.

14.     At all times relevant to this Indictment, the Pagan's enterprise, through its leaders, members, and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Section 1959(b)(1) and Section 1961(1), namely, offenses involving drug trafficking, in violation of Title 21, United States Code, Sections 841 and 846.

## COUNT ONE
### (Assault with a Dangerous Weapon in Aid of Racketeering)

15.     The allegations contained in Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

16.     On or about May 30, 2022, in the Western District of Missouri, the defendants CHRISTOPHER W. McGOWEN, a/k/a "Mac," and JEREMIAH Z. HAHN, a/k/a "Pass Out," and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose

8

of gaining entrance to and maintaining and increasing position in the Pagan's, an enterprise engaged in racketeering activity, did knowingly and intentionally assault a rival motorcycle gang member with a dangerous weapon, in violation of Mo. Ann. Stat. §§ 565.052.1(2) and 562.041.

In violation of Title 18, United States Code, Section 1959(a)(3) and Section 2.

**COUNT TWO**
*(Attempted Assault with a Dangerous Weapon in Aid of Racketeering)*

17. The allegations contained in Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

18. On or about September 3, 2022, within the Western District of Missouri, the District of Kansas, and elsewhere, the defendants CHRISTOPHER W. McGOWEN, a/k/a "Mac," JEREMIAH Z. HAHN, a/k/a "Pass Out," CHARLES E. SMITH, Jr., a/k/a "Crash," JOHN TRAVIS FISHER, a/k/a "T-Bone," ROBERT W. MILLER, a/k/a "Flipper," JAMES W. PRETTYMAN, a/k/a "Rugby," MONTY L. MITCHELL, a/k/a "Smoke," and ALAN M. THORNTON, a/k/a "Bones," and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in the Pagan's, an enterprise engaged in racketeering activity, did knowingly and intentionally attempt to assault a rival motorcycle gang member with a dangerous weapon, in violation of Mo. Ann. Stat. §§ 565.052.1(2), 562.012, and 562.041, and in violation of Kan. Stat. Ann. §§ 21-5413(b)(1)(B), 21-5301, and 21-5210.

In violation of Title 18, United States Code, Section 1959(a)(6) and Section 2.

**COUNT THREE**
*(Assault with a Dangerous Weapon in Aid of Racketeering)*

19. The allegations contained in Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

20. On or about September 17, 2022, in the Western District of Missouri, the defendants CHRISTOPHER W. McGOWEN, a/k/a "Mac," ARTHUR L. REYNOLDS, III, a/k/a "Straight

9

Edge," CHARLES E. SMITH, Jr., a/k/a "Crash," ROBERT W. MILLER, a/k/a "Flipper," JAMES W. PRETTYMAN, a/k/a "Rugby," MONTY L. MITCHELL, a/k/a "Smoke," MARK A. COTTMAN, a/k/a "One Shot," JOHN J. HAHN, a/k/a "Krazy Legs," GRAHAM S. GATTIS, a/k/a "Dro," ERIC M. FORSYTH, Jr., a/k/a "EZ," BRYAN S. FLETCHER, a/k/a "Fletch," JEFFREY S. HANNAH, a/k/a "Got-It," and BRANDON S. HODGE, a/k/a "Youngblood," and others known and unknown to the Grand Jury, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in the Pagan's, an enterprise engaged in racketeering activity, did knowingly and intentionally assault a rival motorcycle gang member with a dangerous weapon, in violation of Mo. Ann. Stat. §§ 565.052.1(2) and 562.041.

In violation of Title 18, United States Code, Section 1959(a)(3) and Section 2.

<u>**COUNT FOUR**</u>
*(Discharge of a Firearm During and in Relation to a Crime of Violence)*

21.     On or about September 17, 2022, in the Western District of Missouri, the defendants CHRISTOPHER W. McGOWEN, a/k/a "Mac," ARTHUR L. REYNOLDS, III, a/k/a "Straight Edge," CHARLES E. SMITH, Jr., a/k/a "Crash," ROBERT W. MILLER, a/k/a "Flipper," JAMES W. PRETTYMAN, a/k/a "Rugby," MONTY L. MITCHELL, a/k/a "Smoke," MARK A. COTTMAN, a/k/a "One Shot," JOHN J. HAHN, a/k/a "Krazy Legs," GRAHAM S. GATTIS, a/k/a "Dro," ERIC M. FORSYTH, Jr., a/k/a "EZ," BRYAN S. FLETCHER, a/k/a "Fletch," JEFFREY S. HANNAH, a/k/a "Got-It," and BRANDON S. HODGE, a/k/a "Youngblood," and others known and unknown to the Grand Jury, while aiding and abetting each other, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is Assault with a Dangerous Weapon in Aid of Racketeering, as charged in Count Three of this Indictment, did knowingly use and carry a firearm, namely, a handgun, and, in furtherance of such crime, possessed said firearm, and said firearm was discharged.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii) and Section 2.

**<u>COUNT FIVE</u>**
**(Assault Resulting in Serious Bodily Injury in Aid of Racketeering)**

22.    The allegations contained in Paragraphs 1 through 14 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

23.    On or about July 20, 2023, in the Western District of Missouri, defendants JARRID A. HAMMER, a/k/a "Hammer," MARK A. COTTMAN, a/k/a "One Shot," and MARK A CRUMP, a/k/a "Navajo," while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in the Pagan's, an enterprise engaged in racketeering activity, did knowingly and intentionally assault a rival motorcycle gang member, resulting in serious bodily injury to said rival motorcycle gang member, in violation of Mo. Ann. Stat. §§ 565.050.1 and 562.041.

In violation of Title 18, United States Code, Sections 1959(a)(3) and (2).

A TRUE BILL.

08/07/2024                                           */s/James Chamberlain*
DATE                                                 FOREPERSON OF THE GRAND JURY


*/s/Bradley K. Kavanaugh*
BRADLEY K. KAVANAUGH
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri

11
