**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                    Plaintiff,

       v.                           Case No. 24-00177-13-CR-W-DGK

BRYAN S. FLETCHER, (13),
a/k/a "Fletch,"

                    Defendant.

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through Assistant United States Attorney Bradley K. Kavanaugh, respectfully recommends the imposition of a total sentence of ninety-six (96) months' imprisonment, to be followed by a five (5) year term of supervised release.[1] Additionally, the Government requests that the Court order immediate payment of the $200 mandatory special assessment.

### A.    *Plea Agreement*

On October 14, 2025, Bryan S. Fletcher pled guilty, pursuant to a written plea agreement, to assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. §§ 1959(a)(3) and 2, and the lesser-included offense of possession of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2. (Doc. 256, 257.) As part of the agreement, the Government agreed not to bring any additional charges against Fletcher for any

---

[1]The Government recommends that the sentence be imposed as follows: <u>Count Three</u>, assault with a dangerous weapon in aid of racketeering, thirty-six (36) months' imprisonment, followed by a three (3) year term of supervised release; and <u>Count Four</u>, possession of a firearm during and in relation to a crime of violence, sixty (60) months' imprisonment, to be served *consecutively* as required by statute, followed by a five (5) year term of supervised release. The terms of supervised release would be served concurrently.

federal criminal offenses related to the possession of firearms and marijuana plants that were recovered from Fletcher's home on or about August 15, 2024, following his arrest in this matter. (Doc. 257, ¶ 7.)

**B.** *Sentencing Guidelines Calculations*

A Presentence Investigation Report (PSR) was filed on February 13, 2026. (Doc. 315.)[2] The PSR calculated a total offense level of 16 and criminal history category II. (¶¶ 191, 212-13.) According to the United States Sentencing Guidelines (U.S.S.G.), this resulted in an advisory guideline range of imprisonment of 24 to 30 months, plus 60 months consecutive for Count Four of the Indictment. (¶ 241.)

There were no objections to the PSR by either party.

**C.** *Sentencing Factors Under 18 U.S.C. § 3553(a)*

Under federal law, in determining an appropriate sentence, the Court shall consider, amongst other factors, the nature and circumstances of the offense and the history and characteristics of the defendant. *See* 18 U.S.C. § 3553(a)(1). The Court shall further consider the need for the sentence imposed to: reflect the seriousness of the offense; promote respect for the law; provide just punishment for the offense; afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care or other correctional treatment in the most effective manner. 18 U.S.C. § 3553(a)(2)(A)-(D).

On September 17, 2022, Fletcher and twelve other members of the Pagan's and their support club, the Los Valerosos, chased down a lone rival gang member on a motorcycle, forcing

---

[2]All references are to the PSR unless otherwise noted.

2

him off the road in Blue Springs, Missouri.[3]  Thereafter, Fletcher and his group confronted the lone rival gang member on the side of the roadway while armed with firearms and at least one axe handle.  As he was being confronted, the victim told his assailants, "We ain't gotta do this.  You stay in your lane, I'll stay in my lane."  In reply, the Pagan's Kansas City Chapter President said "Yes, we do" and then someone shot the victim twice.  Ultimately, the victim would be shot seven times, with wounds to his knee, thigh, forearm, biceps, buttocks and back of his leg.

Fletcher, along with seven other Pagan's and Los Valerosos, fled the scene prior to law enforcement arrival.  Fletcher, who was driving a white pickup truck, and Eric M. Forsyth drove Graham Gattis, who had been shot during the gunfire, to a local hospital where they dropped Gattis off and fled before law enforcement could arrive.  During his interview with law enforcement on August 15, 2024, Fletcher said that prior to fleeing the scene, he heard someone say, "Get all the weapons."  Fletcher told investigators that Forsyth began collecting guns and putting them in Fletcher's truck, which Fletcher estimated was around two or three guns.  Fletcher said that once they got to the hospital, he took Gattis' colors/cuts before helping him into a wheelchair.

On August 15, 2024, law enforcement executed a search warrant at Fletcher's home following his arrest.  In the home, officers recovered three shotguns (one long barreled, and two that were sawed off), two handguns, and an AR-15 style rifle, with no serial number.  In addition, officers recovered 56 marijuana plants and five sets of grow lights.

At the time of the shooting, Fletcher was an associate of the Los Valerosos.  According to Fletcher, with the exception of a phone call the day after the shooting from either Forsyth or

---

[3]The nature and circumstances of the offense is summarized from the undisputed facts in the PSR without further citation.

Christopher W. McGowen, he had not seen or heard from anyone involved in the shooting since the day of his arrest on August 15th.

Fletcher has been found guilty of four (4) prior felony offenses.  (¶¶ 203, 205, 207 and 209.)  Those offenses were for driving while intoxicated (x2) and driving under the influence (x2).  Of these offenses, the longest custodial sentence imposed was seven (7) years, pursuant to Mo. Ann. Stat. § 559.115 (120-Day Callback).  (¶ 209.)

Fletcher has also been found guilty of eighteen (18) prior misdemeanor and/or ordinance offenses.  (¶¶ 194-204, 206, 208 and 210-11.)  Those offenses were for assault, local drug offense, possession of marijuana, possession of a controlled substance (x2), driving while intoxicated (x3), driving under the influence, boating while intoxicated, driving while suspended/revoked (x2), no driver's license, reckless driving, failure to show license, disorderly conduct, property damage and criminal damage to property.  Noteworthy is a July 5, 2011, incident in which law enforcement stopped Fletcher, who was driving a white truck, for a road rage incident.  (¶ 208.)  It was reported that the white truck was swerving on the road trying to hit another vehicle.  The victim described Fletcher slamming on his brakes in order to cause an accident.  The victim said that Fletcher was holding his hand in the shape of a gun, that he threw an object, striking the victim's vehicle, and when the victim's vehicle became blocked in traffic, that Fletcher got out of his truck and slammed his fist on the hood of the victim's car while yelling.  During his arrest, Fletcher told officers that they needed to "watch it" because he was a 1%er with the Galloping Goose Outlaw Motorcycle Gang.  This behavior is similar with what occurred on September 17, 2022, just prior to the shooting.  The shooting victim said that it was the white truck that Fletcher was driving that forced the victim over off the road that day.

When considering the factors under 18 U.S.C. § 3553(a), including but not limited to, the nature and circumstances of the offense, the need for the sentence to reflect the seriousness of the offense, the need to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence, and to protect the public, a total sentence of ninety-six (96) months' imprisonment is appropriate.

**D.**     ***Mandatory Special Assessment***

The Government requests that the Court order immediate payment of the $200 mandatory special assessment.

### CONCLUSION

WHEREFORE, the United States respectfully requests that the Court impose a total sentence of ninety-six (96) months' imprisonment, to be followed by a five (5) year term of supervised release, and the immediate payment of the $200 mandatory special assessment.

Respectfully submitted,

R. Matthew Price
United States Attorney

By  /s/Bradley K. Kavanaugh

Bradley K. Kavanaugh
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on April 3, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Bradley K. Kavanaugh
Bradley K. Kavanaugh
Assistant United States Attorney