**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

                  Plaintiff,

    v.                            Case No. 24-00177-11-CR-W-DGK

GRAHAM S. GATTIS, (11),
a/k/a "Dro,"

                  Defendant.

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through Assistant United States Attorney Bradley K. Kavanaugh, respectfully recommends the imposition of a total sentence of eighty-four (84) months' imprisonment, to be followed by a five (5) year term of supervised release.[1] Additionally, the Government requests that the Court order immediate payment of the $200 mandatory special assessment.

### A.    *Plea Agreement*

On January 8, 2026, Graham S. Gattis pled guilty, pursuant to a written plea agreement, to assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. §§ 1959(a)(3) and 2 (Count Three), and the lesser-included offense of possession of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2 (Count Four). (Doc. 304, 305.)

---

[1]The Government recommends that the sentence be imposed as follows: <u>Count Three</u>, assault with a dangerous weapon in aid of racketeering, twenty-four (24) months' imprisonment, followed by a three (3) year term of supervised release; and <u>Count Four</u>, possession of a firearm during and in relation to a crime of violence, sixty (60) months' imprisonment, to be served *consecutively* as required by statute, followed by a five (5) year term of supervised release. The terms of supervised release would be served concurrently.

**B.**    *Sentencing Guidelines Calculations*

A Presentence Investigation Report (PSR) was filed on March 26, 2026.  (Doc. 341.)[2]  The PSR calculated a total offense level of 16 and criminal history category II.  (¶¶ 191, 197-99.) According to the United States Sentencing Guidelines (U.S.S.G.), this resulted in an advisory guideline range of imprisonment of 24 to 30 months, plus 60 months consecutive for Count Four of the Indictment.  (¶ 232.)

There were no objections to the PSR by either party.

**C.**    *Sentencing Factors Under 18 U.S.C. § 3553(a)*

Under federal law, in determining an appropriate sentence, the Court shall consider, amongst other factors, the nature and circumstances of the offense and the history and characteristics of the defendant.  *See* 18 U.S.C. § 3553(a)(1).  The Court shall further consider the need for the sentence imposed to: reflect the seriousness of the offense; promote respect for the law; provide just punishment for the offense; afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care or other correctional treatment in the most effective manner.  18 U.S.C. § 3553(a)(2)(A)-(D).

On May 17, 2022, Gattis, who was a member of the Los Valerosos Motorcycle Gang, sent an encrypted Signal message to the Pagan's Kansas City Chapter President, Christopher W. McGowen, with a photo of two rival gang members (hereinafter "V1" and "V3"), sitting at a bar in Oak Grove, Missouri.[3]  Upon receipt of the photo, McGowen directed Gattis, "If they are there when you get there, let them know that that is a Pagan bar now and they are not welcome lol."

---

[2]All references are to the PSR unless otherwise noted.

[3]The nature and circumstances of the offense is summarized from the undisputed facts in the PSR without further citation.

Two weeks later, on May 30, 2022, V1 was assault by eight to twelve members of the Pagan's and their support club, the Los Valerosos, at a drive-in restaurant in Grain Valley, Missouri. V1, who was alone at the time, was struck by fists and an axe handle that was wielded by a member of the Pagan's.

On September 17, 2022, Gattis and twelve other members of the Pagan's and the Los Valerosos chased down V3 who was riding alone on a motorcycle, forcing him off the road in Blue Springs, Missouri. Thereafter, Gattis and his group confronted V3 on the side of the roadway while armed with firearms and at least one axe handle. As he was being confronted, V3 told his assailants, "We ain't gotta do this. You stay in your lane, I'll stay in my lane." In reply, the Pagan's Kansas City Chapter President said "Yes, we do" and then someone shot V3 twice. Ultimately, V3 would be shot seven times, with wounds to his knee, thigh, forearm, biceps, buttocks and back of his leg. During the gunfire, Gattis suffered gunshot wounds to both legs.

Gattis, along with seven other Pagan's and Los Valerosos, fled the scene prior to law enforcement arrival. Bryan S. Fletcher, who was driving a white pickup truck, and Eric M. Forsyth drove Gattis to a local hospital where they dropped Gattis off and fled before law enforcement could arrive. During his interview with law enforcement on August 15, 2024, Fletcher said that prior to fleeing the scene, he heard someone say, "Get all the weapons." Fletcher told investigators that Forsyth began collecting guns and putting them in Fletcher's truck, which Fletcher estimated was around two or three guns. Fletcher said that once they got to the hospital, he took Gattis' colors/cuts and "a little dagger knife" before helping him into a wheelchair.

Gattis has been found guilty of one prior felony offense. (¶ 195.) That offense was possession of a controlled substance (methamphetamine), for which he received a suspended imposition of sentence and was placed on five years' probation. *Id.* In addition, Gattis has been

found guilty of misdemeanor possession of drug paraphernalia and nonsupport. (¶¶ 195, 196.) Gattis was on probation for his nonsupport conviction at the time of the Blue Springs shooting. (¶¶ 196, 198.)

When considering the factors under 18 U.S.C. § 3553(a), including but not limited to, the nature and circumstances of the offense, the need for the sentence to reflect the seriousness of the offense, the need to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence, and to protect the public, a total sentence of eighty-four (84) months' imprisonment is appropriate.

**D.**     ***Mandatory Special Assessment***

The Government requests that the Court order immediate payment of the $200 mandatory special assessment.

## CONCLUSION

WHEREFORE, the United States respectfully requests that the Court impose a total sentence of eighty-four (84) months' imprisonment, to be followed by a five (5) year term of supervised release, and the immediate payment of the $200 mandatory special assessment.

Respectfully submitted,

R. Matthew Price
United States Attorney

By  /s/Bradley K. Kavanaugh

Bradley K. Kavanaugh
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 20, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Bradley K. Kavanaugh
Bradley K. Kavanaugh
Assistant United States Attorney

Case 4:24-cr-00177-DGK    Document 370    Filed 05/20/26    Page 5 of 5